DEBORAH S. REAMES, State Bar No. 117257
dreames@earthjustice.org
GEORGE M. TORGUN, State Bar No. 222085
gtorgun@earthjustice.org
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile:  (510) 550-6749

Attorneys for Plaintiffs

BRENDAN R. CUMMINGS, State Bar. No. 193952
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669

Attorney for Plaintiff Center for Biological Diversity

IGNACIA S. MORENO, Assistant Attorney General
JEAN E. WILLIAMS, Chief
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0201 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, in his official capacity as ) <br> Secretary of the Interior, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No: C 10-01501 JCS <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER** <br><br> Date: October 8, 2010 <br> Time: 9:30 a.m. <br> Judge: Honorable Joseph C. Spero |

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER  – C 10-01501-JCS        1

1  Pursuant to Local Rules 6-2(a) and 7-12, the parties to the above-captioned case, through
2  their undersigned counsel, hereby file this stipulated request for an order to continue the hearing on
3  Defendants' Partial Motion to Dismiss and Further Case Management Conference, currently
4  scheduled for September 24, 2010 at 9:30 a.m., until October 8, 2010 at ~~9:30 a.m.~~ 1:30 PM - JCS. This stipulated
5  request is accompanied by the Declaration of George M. Torgun setting forth the reasons for the
6  requested continuance, along with a proposed order.

DATED: August 30, 2010                    Respectfully submitted,

/s/ George M. Torgun
DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
dreames@earthjustice.org
gtorgun@earthjustice.org

Attorneys for Plaintiffs


IGNACIA S. MORENO,
Assistant Attorney General
JEAN E. WILLIAMS, Chief

/s/ Daniel Pollak (as authorized 8/30/10)
DANIEL POLLAK (Cal. Bar # 264285)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0201
Fax: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Federal Defendants

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER – C 10-01501-JCS    2

|   |   |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED. |
| 4 | DATED:   08/31/10 |

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Joseph C. Spero