1  IGNACIA S. MORENO, Assistant Attorney General
   Environment and Natural Resources Division
2  KRISTEN L. GUSTAFSON, Assistant Chief
3  DANIEL J. POLLAK, Trial Attorney, State Bar No. 264285
   Wildlife and Marine Resources Section
4  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
5  Telephone: (202) 305-0201
6  Facsimile: (202) 305-0275
   Email: daniel.pollak@usdoj.gov
7
8  Attorneys for Defendants

9  DEBORAH S. REAMES, State Bar No. 117257
   Email: dreames@earthjustice.org
10 GEORGE M. TORGUN, State Bar No. 222085
   Email: gtorgun@earthjustice.org
11 Earthjustice
   426 17th Street, 5th Floor
12 Oakland, CA 94612
   Telephone: (510) 550-6725
13 Facsimile:  (510) 550-6749

14 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA FOREST LEGACY, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH-SISKIYOU WILDLANDS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior, ROWAN GOULD, in his official capacity as Acting Director, United States Fish and Wildlife Service, and UNITED STATES FISH and WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants. | Case No. 3:10-cv-01501-JCS<br><br>**Joint Case Management Report and Stipulated Request for Order Granting Stay** |

Plaintiffs Center for Biological Diversity, Sierra Forest Legacy, Environmental Protection Information Center, and Klamath-Siskiyou Wildlands Center ("Plaintiffs"), and Defendants Ken Salazar, Rowan Gould, and the U.S. Fish and Wildlife Service ("Defendants") herein report on the status of this action and respectfully request pursuant to Civil Local Rule ("Civ. L.R.") 6-2 that the Court enter a motion staying this litigation for 45 days pending settlement negotiations between the Plaintiffs and Defendants (collectively, "Parties").  The Parties also request that the Court vacate the case management conference currently set for March 11, 2011 at 1:30 p.m.

## BACKGROUND

On December 15, 2010, the Court issued a Further Case Management and Pretrial Order ("Case Management Order") (Docket No. 36) requiring the Defendants to file by December 7, 2010 the administrative records for the 2004-2008 findings challenged by Plaintiffs.  The Defendants filed these administrative records on December 7, 2010.  *See* Docket Nos. 33, 34.  The Case Management Order further provided for the following briefing schedule:

| Event | Date |
| --- | --- |
| Plaintiffs to file any motion concerning the sufficiency or content of the 2004-2008 administrative records. | February 7, 2011  (i.e. 60 days after filing of the 2004-2008 administrative records). |
| Plaintiffs' opening summary judgment brief. | March 9, 2011 (i.e. 30 days after the deadline for motions concerning the sufficiency or content of the administrative records). |
| Defendants' combined summary judgment opposition and cross-motion. | 30 days after Plaintiffs' opening brief. |
| Plaintiffs' combined opposition/reply. | 30 days after Defendants' main brief. |
| Defendants to file reply. | 21 days after Plaintiffs' combined opposition/reply. |

In addition, the Case Management Order called for the Parties to file an updated joint case management statement by March 4, 2011, and set a case management conference for March 11, 2011 at 1:30 p.m.

*Center for Biological Diversity, et al. v. Salazar, et al.*, No. 3:10-cv-01501-JCS
Stipulated Request for Stay of Proceedings                                                                 Page 2

STATUS REPORT AND STIPULATION REGARDING STAY

The Parties are now engaged in settlement negotiations that may render further litigation unnecessary.  Therefore, judicial economy would best be served by a stay.  The Parties therefore request and stipulate to a stay of any further proceedings for 45 days, and agree to file a joint status report on or before April 18, 2011, advising the Court of the status of their settlement discussions and describing whether additional time is needed to complete settlement, or whether a new briefing schedule and hearing date should be set.  The Parties also request that the Court vacate the March 11, 2011 case management conference and the other litigation deadlines described above.

For the reasons stated above, the Parties therefore respectfully request that the Court enter an order staying the briefing schedule, vacating the March 11, 2011 case management conference, and adopting the schedule set forth in this stipulation.

Respectfully submitted this 3rd day of March, 2011.

IGNACIA S. MORENO,
Assistant Attorney General


 /s/ *Daniel Pollak*
DANIEL POLLAK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Defendants

/s/ *George M. Torgun* (with permission)
DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
dreames@earthjustice.org
gtorgun@earthjustice.org

BRENDAN R. CUMMINGS
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
760-366-2669 (fax)
bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/04, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2011, I caused a copy of the foregoing Stipulated Request for Order Granting Stay to be served on the counsel of record by means of the Court's electronic filing system:

Deborah S. Reames
dreames@earthjustice.org

George M. Torgun
gtorgun@earthjustice.org

Brendan R. Cummings
bcummings@biologicaldiversity.org

/s/ *Daniel Pollak*
DANIEL POLLAK