IGNACIA S. MORENO, Assistant Attorney General
Environment and Natural Resources Division
KRISTEN L. GUSTAFSON, Assistant Chief
DANIEL J. POLLAK, Trial Attorney, State Bar No. 264285
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Defendants

DEBORAH S. REAMES, State Bar No. 117257
Email: dreames@earthjustice.org
GEORGE M. TORGUN, State Bar No. 222085
Email: gtorgun@earthjustice.org
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA FOREST LEGACY, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH-SISKIYOU WILDLANDS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior, ROWAN GOULD, in his official capacity as Acting Director, United States Fish and Wildlife Service, and UNITED STATES FISH and WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants. | Case No. 3:10-cv-01501-JCS<br><br>**Joint Status Report and Stipulated Request for Extension of Stay** |

Plaintiffs Center for Biological Diversity, Sierra Forest Legacy, Environmental Protection Information Center, and Klamath-Siskiyou Wildlands Center ("Plaintiffs"), and Defendants Ken Salazar, Rowan Gould, and the U.S. Fish and Wildlife Service ("Defendants") herein report on the status of this action and respectfully request, pursuant to Local Civil Rule 6-2, that the Court enter an order extending the current stay of this litigation for an additional 30 days pending continuing settlement discussions between the Plaintiffs and Defendants (collectively, "Parties").

## STATUS REPORT AND STIPULATED REQUEST TO EXTEND STAY

On March 4, 2011, the Court entered an order adopting the Parties' stipulation to a stay of proceedings pending settlement negotiations. See Docket No. 40. That stipulation also provided that the Parties would file a joint status report on or before April 18, 2011, advising the Court of whether additional time was needed for such settlement discussions or whether a new briefing schedule and hearing date should be set.

The Parties hereby report that the Parties are still engaged in settlement discussions. An additional stay of 30 days should allow the Parties to determine whether settlement is possible or not, and judicial economy would best be served by such an extension of the current stay. The Parties therefore stipulate to an extension of the current stay until May 18, 2011, and agree that they will will file by that date a new joint status report advising the Court of the status of settlement and whether a new briefing schedule and hearing date should be set.

For the reasons stated above, the Parties therefore respectfully request that the Court enter an order extending the current stay and adopting the schedule set forth above.

Respectfully submitted this 18th day of April, 2011.

        IGNACIA S. MORENO,
        Assistant Attorney General


        /s/ *Daniel Pollak*
        DANIEL POLLAK

*Center for Biological Diversity, et al. v. Salazar, et al.*, No. 3:10-cv-01501-JCS
Stipulated Request for Extension of Stay        Page 2

Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Defendants

  /s/ *George M. Torgun* (with permission)
DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (510) 550-6725
Fax: (510) 550-6749
dreames@earthjustice.org
gtorgun@earthjustice.org

BRENDAN R. CUMMINGS
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
760-366-2669 (fax)
bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/19 , 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

*Center for Biological Diversity, et al. v. Salazar, et al.*, No. 3:10-cv-01501-JCS
Stipulated Request for Extension of Stay        Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2011, I caused a copy of the foregoing Stipulated Request for Extension of Stay to be served on the counsel of record by means of the Court's electronic filing system:

Deborah S. Reames
dreames@earthjustice.org

George M. Torgun
gtorgun@earthjustice.org

Brendan R. Cummings
bcummings@biologicaldiversity.org

          /s/ *Daniel Pollak*
          DANIEL POLLAK