DEBORAH S. REAMES, State Bar No. 117257
dreames@earthjustice.org
GEORGE M. TORGUN, State Bar No. 222085
gtorgun@earthjustice.org
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (415) 217-2025
Facsimile:  (415) 217-2049

Attorneys for Plaintiffs

BRENDAN R. CUMMINGS, State Bar. No. 193952
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669

Attorney for Plaintiff Center for Biological Diversity

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Chief
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0201 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior, *et al.*, <br><br>　　　　　Defendants. | Case No:  C 10-01501 JCS <br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES** |

WHEREAS, in the above-captioned case:

1. A joint Stipulation of Dismissal and Order was entered by the Court on October 6, 2011 (Doc. 49).

2. In the Stipulation of Dismissal and Order, the Plaintiffs and Defendants agreed that, notwithstanding dismissal of this action, the Court retains jurisdiction to consider any stipulation or motion concerning an award of costs and attorneys' fees pursuant to section 11(g)(4) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4).  Doc. 49 at 2.

3. In the Stipulation of Dismissal and Order, the Plaintiffs and Defendants also stated that they would attempt to reach agreement as to fee recovery and, absent such agreement, that Plaintiffs would file an application with the Court for the recovery of fees and costs within 60 days of the approval of the Order by the Court.  Doc. 49 at 2.  Based on the date of entry of the Order, the 60-day deadline would fall on December 5, 2011.

4. Plaintiffs have presented Defendants with a confidential request to settle their claim for attorneys' fees and costs, which includes the amount sought to date, an itemized statement of the actual time expended by attorneys representing or appearing on behalf of the Plaintiffs, and the rates at which fees and other expenses were computed.  However, discussions regarding Plaintiffs' request are ongoing, and Plaintiffs and Defendants seek additional time to attempt to settle Plaintiffs' claim without unnecessarily burdening the Court.  Plaintiffs and Defendants agree that briefing and argument on Plaintiffs' claim for attorneys' fees and costs may be unnecessary in light of the parties' intent to attempt to settle this claim.

5. Other than as described above, Plaintiffs and Defendants have not previously sought an extension of time for briefing on Plaintiffs' claim for attorneys' fees and costs.

6. Accordingly, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants hereby stipulate and request that the Court extend for 60 days the time for any motion concerning an award of attorneys' fees and costs pursuant to ESA section 11(g)(4), or until February 3, 2012.

| | | |
|---|---|---|
| 1 | DATED: December 1, 2011 | Respectfully submitted, |

/s/ George M. Torgun
DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel.: (415) 217-2000
Fax: (415) 217-2049
dreames@earthjustice.org
gtorgun@earthjustice.org

Attorneys for Plaintiffs


IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY, Chief

/s/ Daniel Pollak (as authorized 12/1/11)
DANIEL POLLAK (Cal. Bar # 264285)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0201
Fax: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Federal Defendants

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/2/11



THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
STIPULATION AND [PROPOSED] ORDER RE: ATTORNEYS' FEES – C 10-01501-JCS        4