DEBORAH S. REAMES, State Bar No. 117257
dreames@earthjustice.org
GEORGE M. TORGUN, State Bar No. 222085
gtorgun@earthjustice.org
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (415) 217-2025
Facsimile:  (415) 217-2049

Attorneys for Plaintiffs

BRENDAN R. CUMMINGS, State Bar. No. 193952
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669

Attorney for Plaintiff Center for Biological Diversity

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Chief
DANIEL J. POLLAK, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0201 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior, *et al.*,<br><br>　　　　　Defendants. | Case No:  C 10-01501 JCS<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES** |

WHEREAS, in the above-captioned case:

1. A joint Stipulation of Dismissal and Order was entered by the Court on October 6, 2011 (Doc. 49).

2. In the Stipulation of Dismissal and Order, the Plaintiffs and Defendants agreed that, notwithstanding dismissal of this action, the Court retains jurisdiction to consider a further stipulation or motion concerning an award of attorneys' fees and costs. Doc. 49 at 2.

3. In the Stipulation of Dismissal and Order, the Plaintiffs and Defendants also stated that they would attempt to reach agreement as to recovery of attorneys' fees and costs and, absent such agreement, that Plaintiffs would file an application with the Court for the recovery of fees and costs within 60 days of the approval of the Order by the Court. Doc. 49 at 2.

4. On December 5, 2011, the Court granted a stipulated request by the Parties and extended the deadline for Plaintiffs to file an application for recovery of fees and costs until February 3, 2012. Doc. 51.

5. Plaintiffs and Defendants have exchanged proposals for settlement of attorneys' fees and costs, and at the staff level have reached an agreement in principle as to an amount for such settlement, pending approval by relevant officials at the Department of Justice and Department of the Interior. The Parties seek additional time to attempt to finalize this agreement without unnecessarily burdening the Court with briefing and argument on this matter.

6. Accordingly, pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants hereby stipulate and request that the Court extend for 30 days (until March 5, 2012) the time for any motion concerning an award of attorneys' fees and costs.

DATED:  January 26, 2012                    Respectfully submitted,

/s/ *George M. Torgun*  (with permission)
DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612

STIPULATION AND [~~PROPOSED~~] ORDER RE: ATTORNEYS' FEES – C 10-01501-JCS                 2

| | |
|---|---|
| 1 | Tel.: (415) 217-2000 |
| 2 | Fax: (415) 217-2049 |
|   | dreames@earthjustice.org |
| 3 | gtorgun@earthjustice.org |
| 4 | Attorneys for Plaintiffs |

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY, Chief

 /s/ *Daniel Pollak*
DANIEL POLLAK (Cal. Bar # 264285)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0201
Fax: (202) 305-0275
Email: daniel.pollak@usdoj.gov

Attorneys for Federal Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  Jan. 26, 2012      _____
                           THE HONORABLE JOSEPH C. SPERO
                           UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED] ORDER RE: ATTORNEYS' FEES – C 10-01501-JCS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2012, I caused a copy of the foregoing to be served on the counsel of record by means of the Court's electronic filing system:

Deborah S. Reames
dreames@earthjustice.org

George M. Torgun
gtorgun@earthjustice.org

Brendan R. Cummings
bcummings@biologicaldiversity.org

                                            /s/ *Daniel Pollak*
                                            DANIEL POLLAK